UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:09-CR-164-2D

| United States Of America | ) | |
| --- | --- | --- |
| | ) | ORDER MODIFYING AND |
| vs. | ) | |
| | ) | CONTINUING SUPERVISION |
| William H. Yates | ) | |

William H. Yates appeared with counsel before the Honorable James C. Dever III, U.S. District Judge, on June 23, 2010, and pursuant to an earlier plea of guilty to False Distress Message and Aiding and Abetting, in violation of 14 U.S.C. §§ 88(c) and 2, was sentenced to a 36-month term of probation.

After sentencing and while being processed by U.S. Probation Office personnel, the defendant submitted a urine specimen which yielded a presumptive positive for marijuana. The defendant admitted to using marijuana on or about June 19, 2010. The defendant was returned to court with counsel on June 23, 2010. The court considered the defendant's admission of drug use and **ORDERED** that the probation sentence heretofore granted be modified as follows:

The defendant shall be confined in the custody of the Bureau of Prisons for a period of five consecutive (5) days beginning immediately and shall abide by all rules and regulations of the designated facility.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 23rd day of June, 2010.

_____
James C. Dever III
U.S. District Judge